CSD 1000 [12/01/03]
Name, Address, Telephone No. & I.D. No.

Allen Zoura
2827 shenandoah dr
Chula Vista, CA 91914
619-972-6882
P1274671

FILED
2023 NOV -6 PM 1:19
CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re: Allen Zoura

BANKRUPTCY NO. 23-03254-CL13

[add if filing in response to hearing]
Date of Hearing:
Time of Hearing:
Name of Judge:

Tax I.D.(EIN)#: _____ /S.S.#:XXX-XX-8403    Debtor.

DEBTOR'S motion to extend time to file missing documents

CSD 1000

5 pgs & 3254 mot

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re:                                  §
                                        §    Case No. 23-03254-CL13
Allen L. Zoura                          §    Chapter: 13
                                        §
Debtor(s)

## DEBTOR'S MOTION TO EXTEND TIME TO FILE MISSING DOCUMENTS

1. The Debtor requests an extension of time under FRBP 1007(c) to file the following:

X One or more schedules (A – J)   X Statement of Financial Affairs

X Statement of Current Monthly Income (B 122A, B 122B, and/or B 122C)

X Debtor's Certification of Employment Income   X Chapter 13 Plan

2. Date bankruptcy case filed:   10/24/2023
3. Date of § 341(a) meeting of creditors:   11/17/2023
4. Debtor requests extension to and including (extension deadline) (date):   11/28/2023

5. Declaration regarding the reason(s) for extension (explain):

On October 24th, 2023 I filed a voluntary petition in Chapter 13 Bankruptcy.

The Chapter 13 schedules, statement of financial affairs, payment advices, and current monthly income and disposable income calculation, and chapter 13 plan are due on November 7th, 2023.

I am respectfully requesting that this honorable court grant an extension of twenty-one (21) days until November 28th, 2023 to file the remaining portions of this Chapter 13 case. I am requesting this extension as I need some additional time to consult with my Financial Planner, Retain Counsel to take over this case, obtain my financial records so I can prepare for the Meeting of Creditors (currently scheduled for November 17th, 2023), and to finalize gathering the various income and expense data required to file all of the remaining case documents. This process is taking a bit longer to complete than originally expected and I would sincerely appreciate some additional time to complete aforementioned list of items to complete the rest of my case. I understand this extension would cause the currently scheduled Meeting of Creditors to be adjourned. I thank the Chapter 13 Trustee and this Honorable Court for their consideration concerning this important request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

11/6/23
Date

_____
Signature of Debtor

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document entitled: DEBTOR'S MOTION TO EXTEND TIME TO FILE MISSING DOCUMENTS was mailed first class, postage paid, this 4th Day of November, 2023 to:

US Bankruptcy Court
Southern District of California
325 West F Street
San Diego, CA. 92101-6991

Michael Koch, Esq.
Chapter 13 Trustee
402 West Broadway Street
San Diego, CA. 92101

U.S Trustee
Office of the United States Trustee
880 Front Street Third Floor, Suite# 3230
San Diego, CA. 92101

Pacific Private Money Inc.
Attn: Bankruptcy Department
1555 Grant Avenue
Novato, CA. 94945

Enterprise Bank & Trust
Attn: Bankruptcy Department
44 E Santa Fe
Olathe, KS. 66061

Superior Default Services, Inc.
Attn: Bankruptcy Department
650 N. Rose Drive, Suite# 147
Placentia, CA. 92870

SBS Trustee Deed Network
Attn: Bankruptcy Department
31194 La Baya Drive, Suite 106
Westlake Village, CA. 91362

Total Lender Solutions, Inc.
Attn: Bankruptcy Department
10505 Sorrento Valley Road, Suite# 125
San Diego, CA. 92121

Allen L. Zoura
2827 Shenandoah Drive
Chula Vista, CA. 91914

*Walter Griffin*
Walter Griffin